**Order entered October 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01017-CV

### KALA DHARMA, Appellant

### V.

### WHITLEY PENN, LLP, Appellee

**On Appeal from the 254th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-12-12551**

## ORDER

In response to the Court's letter dated October 7, 2015, appellant has advised the Court that she has requested and made arrangements to pay for the reporter's record. The Court **ORDERS** Tanner Joy Feast, official court reporter of the 254th Judicial District Court, to file the reporter's record on or before November 16, 2015.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE